1  VIVIAN I. ORLANDO (SBN 213833)
   vorlando@maynardcooper.com
2  Maynard Cooper & Gale LLP
   10100 Santa Monica Blvd., Suite 550
3  Los Angeles, CA 90067
   Telephone:  310-596-4500
4  Facsimile:   205-254-1999

5  JARRETT E. GANER*
   jarrett.ganer@mhllp.com
6  HUTSON B. SMELLEY*
   hutson.smelley@mhllp.com
7  MICAH A. GRODIN*
   micah.grodin@mhllp.com
8  McDowell Hetherington LLP
   1001 Fannin Street, Suite 2700
9  Houston, TX  77002
   Telephone:  713-337-5580
10 Facsimile:   713-337-8850
   *Pro Hac Vice Applications To Be Filed
11
   Attorneys for Defendant
12 TRANSAMERICA LIFE
   INSURANCE COMPANY
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BOUTROS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:22-cv-5724<br><br>**DEFENDANT TRANSAMERICA LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL**<br><br>Complaint Filed: July 13, 2022 |

1.     Defendant Transamerica Life Insurance Company ("TLIC") hereby removes the above-captioned action ("Action") to this Court from the Superior Court of the State of California, County of Los Angeles.  As set forth below, TLIC has complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and 1446, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

## I.     COMMENCEMENT AND SERVICE

2.     On July 13, 2022, Jason Boutros ("Plaintiff") commenced this action against TLIC by filing a lawsuit in the Superior Court of the State of California, County of Los Angeles, styled *Jason Boutros, an individual, Plaintiff vs. Transamerica Life Insurance Company, an Iowa Corporation, Defendant*, Case No. 22STCV22570 (the "Complaint" or "Compl.").

3.     Plaintiff personally served TLIC with the Complaint on July 14, 2022.

## II.     GROUNDS FOR REMOVAL

4.     Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within thirty days of TLIC being personally served with the Complaint, which occurred on July 14, 2022.  This Notice of Removal is also filed within one year of the commencement of this action, and is thus timely pursuant to 28 U.S.C. § 1446(c).

5.     Further, this Court has subject matter jurisdiction under 28 U.S.C. § 1332, which confers original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States and in which citizens or subjects of a foreign state are additional parties[.]"

6.     In the Complaint, Plaintiff alleges that he is a citizen and resident of Los Angeles County in the State of California.  (Compl. ¶ 1).

7.     In addition, Plaintiff alleges that TLIC "is an insurance company domiciled in the State of Iowa."  (*Id.* ¶ 2).  TLIC, a corporation, is a life insurance

company incorporated under the laws of Iowa with its home office and corporate headquarters in Iowa, from which management directs, controls and coordinates most of the company's activities. Therefore, TLIC is a citizen of Iowa for diversity jurisdiction purposes.

8. Accordingly, the citizenship of parties are diverse in this action.

9. Plaintiff also seeks monetary relief in excess of $75,000. In particular, Plaintiff alleges that he has suffered economic losses and damages by losing his "investment" (the life insurance policy at issue in the Complaint) which he avers is "worth more than $2,000,000." (*Id.* at "Summary of Action," ¶¶ 34, 46). Accordingly, since the total amount in controversy in this action exceeds the sum of $75,000.00, this Court has jurisdiction under 28 U.S.C. § 1332.

### III.   VENUE

10. The Complaint was filed in the Superior Court of California for the County of Los Angeles. Removal of the state court action to this Court is proper under 28 U.S.C. 1441(a) because this Court's district and division embraces the state courts in the County of Los Angeles. *See* 28 U.S.C. § 1441(a) (civil actions brought in state court to be removed to the district court "embracing the place where such action is pending"); 28 U.S.C. § 84(c)(2) (listing the counties within the Western Division of the Central District of California).

### IV.   CONSENT TO REMOVAL

11. No consent to removal is necessary as TLIC is the only named defendant in this lawsuit.

### V.   EXHIBITS TO NOTICE OF REMOVAL

12. True and correct copies of all pleadings and documents previously filed are attached to this Notice of Removal as correspondingly numbered exhibits:

| Exhibit | Description |
|---------|-------------|
| A.      | Complaint   |

| B. | First Amended General Order |
|---|---|
| C. | Voluntary Efficient Litigation Stipulation Packet |
| D. | Summons for the Complaint |
| E. | Civil Case Cover Sheet |
| F. | Notice of Case Assignment |
| G. | Alternative Dispute Resolution Packet |
| H. | Proof of Service of Summons |
| I. | Notice of Case Management |

13. Pursuant to 28 U.S.C. § 1446(d), a complete copy with Exhibit 1 thereto of the Notice to State Court and Adverse Parties of Removal of this Action to Federal Court, a copy of which is attached hereto as Exhibit J (less Exhibit 1), together with this Notice of Removal, will be served upon counsel for Plaintiff and will be filed with the clerk of the Superior Court for the County of Los Angeles.

## VI.   CONCLUSIONS

WHEREFORE, TLIC, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. 1446, removes this action from the Superior Court of the State of California, County of Los Angeles, to this Court.

Dated: August 12, 2022                    MAYNARD COOPER & GALE LLP

By:  */s/ Vivian I. Orlando*
VIVIAN I. ORLANDO
Attorneys for Defendant
Transamerica Life Insurance
Company